AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

RANDY and TRISHA HOWARD,

V.

BAYROCK MORTGAGE CORPORATION, FIRST AMERICAN CORPORATION, UNITED GENERAL TITLE INSURANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-820

TO: (Name and address of Defendant)

BAYROCK MORTGAGE CORPORATION
NATIONAL REGISTERED AGENTS
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                    Signature of Server

                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

RANDY and TRISHA HOWARD,

V.

BAYROCK MORTGAGE CORPORATION, FIRST AMERICAN CORPORATION, UNITED GENERAL TITLE INSURANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-820

TO: (Name and address of Defendant)

BANK OF AMERICA, NATIONAL ASSOCIATION
THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE SUITE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
         Date                                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

| | |
|---|---|
| RANDY and TRISHA HOWARD, | **SUMMONS IN A CIVIL CASE** |
| V. | |
| BAYROCK MORTGAGE CORPORATION, FIRST AMERICAN CORPORATION, UNITED GENERAL TITLE INSURANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION, et al. | CASE NUMBER: 09-820 |

TO: (Name and address of Defendant)

First American Corporation
The First American Corporation
1 First American Way
Santa Ana, California 92707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____District of \_\_\_\_Alabama\_\_\_\_

RANDY and TRISHA HOWARD,

V.

BAYROCK MORTGAGE
CORPORATION, FIRST AMERICAN
CORPORATION, UNITED GENERAL
TITLE INSURANCE COMPANY and
BANK OF AMERICA, NATIONAL
ASSOCIATION, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-820

TO: (Name and address of Defendant)

UNITED GENERAL TITLE INSURANCE COMPANY
JOHN MATTHEWS
2000 INTERSTATE PK SUITE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

⇨AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

                           _____
                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.