◈AO 440 (Rev. 10/93) Summons in a Civil Action                                                08-108

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE January 7, 2010 |
| NAME OF SERVER *(PRINT)* Susan Carlson || TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Service by Certified Mail  70083230000132891485

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 13, 2010          *Susan W. Carlson*
                    Date                    Signature of Server

                              21 South Section Street, Fairhope, AL 36532
                                          Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   First American Corporation
   The First American Corporation
   1 First American Way
   Santa Ana, California 92707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   1ST AMERICAN TITLE COMPANY
   2 FIRST AMERICAN WAY
   SANTA ANA, CA 92707

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

(1) As to wh  2. Article Number
              *(Transfer from service label)*       7008 3230 0001 3289 1485

PS Form 3811, February 2004         Domestic Return Receipt                102595-02-M-1540