# Exhibit A

(Printed on Jan 15, 2007 @ 12:50)    US Department of Housing and Urban Development    OMB No. 2502-0491

## SETTLEMENT STATEMENT (Transactions Without Sellers)

| File Number: 36-02154201 | Loan Number: 0110XX0824 | Mortgage Ins. Case #: |
|---|---|---|

NAME AND ADDRESS OF BORROWER: RANDY HOWARD, 3057 KENDALE DR MOBILE AL, 36606-2860

NAME AND ADDRESS OF LENDER: Bayrock Mortgage Corp. 11575 Great Oaks Way Ste. 300 Alpharetta, GA, 30022

PROPERTY LOCATION: 3057 KENDALE DR MOBILE AL, 36606-2860

SETTLEMENT AGENT: LENDERS FIRST CHOICE
PLACE OF SETTLEMENT: 260 Wekiva Springs Rd, Ste# 3000, Longwood, FL 32779

SETTLEMENT DATE: 01/19/2007    DISBURSEMENT DATE: 01/24/2007

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| **800. Items Payable In Connection With Loan** | | 1501. PAY-OFF (ESTIMATED) | |
| 801. BROKER FEE TO UNIVERSAL MORTGAGE | $2,300.00 | WELLS FARGO | $37,357.32 |
| 802. PROCESSING FEE TO UNIVERSAL MORTGAGE | $300.00 | 1502. PAY ON ACCOUNT | |
| 803. Appraisal Fee FOXX &ASSOCIATES APPRAISAL SVS | $300.00 | PRIME ACCEPTANCE CORP | $1,929.00 |
| 804. Credit Report TO UNIVERSAL | $11.19 | 1503. PAY ON ACCOUNT | |
| 805. Lender's Inspection Fee | | SEARS/CBSD | $824.00 |
| 806. WIRE FEE TO BAYROCK MORTGAGE | $50.00 | 1504. PAY ON ACCOUNT | |
| 807. DESK REVIEW FEE TO BAYROCK MORTGAGE | $125.00 | HSBC NV | $715.00 |
| 808. TAX SERVICE FEE TO BAYROCK MORTGAGE | $70.00 | 1505. | |
| 809. FLOOD CERT TO BAYROCK MORTGAGE | $25.00 | | |
| 810. ADMIN FEE TO BAYROCK MORTGAGE | $725.00 | 1506. | |
| 811. YLD SPREAD PREM TO UNIVERSAL MTG. POCL $552.50 | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | 1507. | |
| 901. Interest from 01/24/2007 TO 02/01/2007 @$14.08/DAY | $112.64 | | |
| 902. Mortgage Insurance Premium for | | 1508. | |
| 903. Hazard Insurance Premium for | $1,012.00 | | |
| 904. | | 1509. | |
| 905. | | | |
| **1000. Reserves Deposited With Lender** | | 1510. | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | 1511. | |
| 1003. City property taxes | | | |
| 1004. County property taxes | | 1512. | |
| 1005. Annual assessments | | | |
| 1006. | | 1513. | |
| 1007. | | | |
| 1008. Aggregate Adjustment | $0.00 | 1514. | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee LENDERS FIRST CHOICE | $300.00 | 1515. | |
| 1102. Abstract or title search LENDERS FIRST CHOICE | $175.00 | | |
| 1103. Title examination | | 1516. | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation NORTH AMERCIAN DEED CO. | $65.00 | 1517. | |
| 1106. Signing Fee LENDERS FIRST CHOICE | $150.00 | | |
| 1107. Attorney's Fees | | 1518. | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance LENDERS FIRST CHOICE | $275.00 | 1519. | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage | | 1520. TOTAL DISBURSED (enter on line 1603) | |
| 1110. Owner's coverage | | | $40,825.32 |
| 1111. Wire Fee LENDERS FIRST CHOICE | $25.00 | | |
| 1112. Delivery Fee LENDERS FIRST CHOICE | $30.00 | | |
| 1113. ALTA 8.1 AND 9 | | **N. Net Settlement** | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording fees: | $120.00 | 1600. Loan Amount | $55,250.00 |
| 1202. City/county tax/stamps: | $190.50 | | |
| 1203. State tax/stamps: | | 1601. Plus Check/Cash from Borrower | $0.00 |
| 1204. | | | |
| 1205. | | 1602. Minus total settlement charges | $6,361.33 |
| **1300. Additional Settlement Charges** | | (Line 1400) | |
| 1301. Survey | | 1603. Minus total Disbursements to | $40,825.32 |
| 1302. Pest inspection | | Others (line 1520) | |
| 1303. | | 1604. Equals disbursements to borrower | $8,063.35 |
| 1304. | | | |
| 1305. | | | |
| **1400. Total settlement charges (enter on line 1602)** | $6,361.33 | | |

The undersigned hereby acknowledges receipt of a completed copy of this statement. To the best of my knowledge the HUD-1A ref RESPA Settlement Statement is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

X _____  X _Randy Howard_____
LENDERS FIRST CHOICE      RANDY HOWARD