AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

RANDY and TRISHA HOWARD,

V.

BAYROCK MORTGAGE CORPORATION, FIRST AMERICAN CORPORATION, UNITED GENERAL TITLE INSURANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION, et al.

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  09-820

TO: (Name and address of Defendant)

BAYROCK MORTGAGE CORPORATION
HAYDEN KEPNER, ESQ.
1500 PEACHTREE STREET, N.E.
ALPHARETTA, GA 30023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Fairhope, AL  36532

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                              DATE

(By) DEPUTY CLERK

≊AO 440  (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                 Date                                      Signature of Server

                                                _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.