UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY and TRISHA HOWARD, Individually and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>BAYROCK MORTGAGE CORPORATION, et al.,<br><br>*Defendants*. | Case No. 1:09-cv-00820-WS-M |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, Randy and Trish Howard, pursuant to FRCP 41(a)(1)(i) and dismiss their claims against the defendants, United General Title Insurance Company and First American Corporation without prejudice.

**RESPECTFULLY** submitted on this the 12th day of March 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiffs
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532
Telephone: 251-990-5558
Facsimile: 251-990-0626
epunderwood@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 12th day of March 2010 that a true and correct copy of the above and foregoing was filed with the CM/ECF system which will cause a copy to be served on all counsel of record.

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.