UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY and TRISHA HOWARD, ) | |
| Individually and on behalf of a class ) | |
| of similarly situated persons, ) | |
| ) | Case No. 1:09-cv-00820-WS-M |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| BAYROCK MORTGAGE ) | |
| CORPORATION, et al., ) | |
| ) | |
| *Defendants*. ) | |

## MOTION TO REINSTATE CASE

**COME NOW** the Plaintiffs Randy and Trisha Howard and move the to court to reinstate their case against the remaining Defendants, Bayrock Mortgage Corporation and Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for the registered holders of Bears Stearns Asset Backed Securities I Trust 2007-HE4 Asset-Backed Certificates, Series 2007-HE4, ("LaSalle") and state the following as grounds:

1. On March 12th 2010 Plaintiffs filed a Notice of dismissal of two of the four defendants in this matter.

2. Plaintiffs intend to pursue their claims against the remaining Defendants, Bayrock Corporation and LaSalle.

**THEREFORE** the Plaintiffs move the court to reinstate their case as against Bayrock Mortgage Corporation and LaSalle.

**RESPECTFULLY** submitted on this the 16th day of March 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)

        Attorney for Plaintiffs  
        Law Offices of Earl P. Underwood, Jr.  
        21 South Section Street  
        Fairhope, AL 36532  
        Telephone: 251-990-5558  
        Facsimile: 251-990-0626  
        epunderwood@gmail.com  

## CERTIFICATE OF SERVICE

I hereby certify on this the 16th day of March 2010 that a true and correct copy of the above and foregoing was filed with the CM/ECF system which will cause a copy to be served on all counsel of record.

        /s/Earl P. Underwood, Jr.  
        Earl P. Underwood, Jr.