IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY AND TRISHA HOWARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BAYROCK MORTGAGE CORPORATION, FIRST AMERICAN CORPORATION, UNITED GENERAL TITLE INSURANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACK SECURITIES I TRUST 2007-HE4 ASSET-BACK CERTIFICATES, SERIES 2007-HE4.<br><br>Defendants. | Case No. 09-cv-00820<br><br>The Honorable William H. Steele |

## BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Bank of America, National Association As Successor By Merger To LaSalle Bank National Association, As Trustee For The Registered Holders Of Bear Stearns Asset Back Securities I Trust 2007-HE4 Asset-Back Certificates, Series 2007-HE4 ("Bank of America") respectfully moves the Court to dismiss plaintiffs' complaint against it pursuant to Federal Rules of Civil Procedure Rule 12(b)(6).  For the reasons set out in the Memorandum in Support of Its Motion filed simultaneously filed herewith, the claims against Bank of America are due to be dismissed in their entirety.

{M0035992.1}

       /s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
Attorney for Defendant
Bank of America
**CABANISS, JOHNSTON, GARDNER,**
 **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7308 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this **15th** day of **April, 2020**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Earl P. Underwood, Esquire<br>epunderwood@gmail.com | Kenneth J. Riemer, Esquire<br>kjr@alaconsumerlaw.com |
| C. Lee Reeves, Esquire<br>lreeves@sirote.com | Charles Andrew Newman, Esquire<br>cnewman@sonnenschein.com |
| Elizabeth T. Ferrick, Esquire<br>eferrick@sonnenschein.com | T. Julian Motes, Esquire<br>Jmotes@sirote.com |

                                              /s/Sandy G. Robinson
                                              Of Counsel

11912\00121\679162v1