## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RANDY HOWARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION 09-0820-WS-M** |
| | ) |
| **BAYROCK MORTGAGE** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Defendant Bank of America ("the Bank") has filed a motion to dismiss. (Doc. 43). The plaintiffs are **ordered** to file and serve any response to the motion on or before **April 30, 2010**. The Bank is **ordered** to file and serve any reply on or before **May 7, 2010**. The Court will take the motion to dismiss under submission on May 7, 2010.

DONE and ORDERED this 16th day of April, 2010.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE