IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY AND TRISHA HOWARD, individually and on behalf of a class of similarly situated persons,  )<br>)<br>)<br>)<br>)<br> Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>BAYROCK MORTGAGE CORPORATION, )<br>FIRST AMERICAN CORPORATION, )<br>UNITED GENERAL TITLE INSURANCE )<br>COMPANY and BANK OF AMERICA, )<br>NATIONAL ASSOCIATION AS )<br>SUCCESSOR BY MERGER TO LASALLE )<br>BANK NATIONAL ASSOCIATION, AS )<br>TRUSTEE FOR THE REGISTERED )<br>HOLDERS OF BEAR STEARNS ASSET )<br>BACK SECURITIES I TRUST 2007- )<br>HE4 ASSET-BACK CERTIFICATES, )<br>SERIES 2007-HE4.  )<br>)<br>)<br>Defendants.  ) | Case No. 09-cv-00820<br><br>The Honorable William H. Steele |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff and defendant Bank of America respectfully move the Court for an enlargement of time within which to file briefs on to the Motion to Dismiss filed by Bank of America ("the Bank").

As grounds for this motion, the parties show that the Bank filed a Motion to Dismiss on April 15, 2010 (Doc. 43) and the Court entered a Scheduling Order in connection with the Motion to Dismiss on April 16, 2010 (Doc. 44). The Court's order

requires plaintiff to respond to the Bank's Motion to Dismiss no later than April 30, 2010 and directs the Bank to file its reply by May 7, 2010.

Lead counsel for plaintiffs has been unavoidably detained on a trip out of the country due to the volcano eruption in Iceland. Therefore, additional time is necessary to file a responsive pleading. In addition, if the time for defendant to respond is extended, the Memorial day holiday is a consideration.

In light of these concerns, the parties have conferred, and respectfully jointly ask the Court to extend the deadlines currently in place, and to direct that plaintiffs are to respond to the pending Motion to Dismiss no later than May 20, 2010, and that the Bank is to reply no later than June 3.

| /s/*Kenneth J. Riemer* | /s/*Sandy G. Robinson* |
|---|---|
| **KENNETH J. RIEMER** – Attorney for Plaintiffs Randy and Trisha Howard 166 Government Street Suite 100 Mobile, Alabama  36602 251/432-9212 Telephone 251/433-7172 Facsimile kjr@alaconsumerlaw.com | **SANDY G. ROBINSON – ROBIS5756** Attorney for Defendant Bank of America **CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP** Post Office Box 2906 Mobile, Alabama  36652 251/415-7308 Telephone 251/415-7350 Facsimile sgr@cabaniss.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this **27th** day of **April, 2010**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Earl P. Underwood, Esquire<br>epunderwood@gmail.com | Susan Miller Overbey<br>soverbey@burkelaw.com |
| C. Lee Reeves, Esquire<br>lreeves@sirote.com | T. Julian Motes, Esquire<br>jmotes@sirote.com |
| Stephen R. Meintertzhagen<br>smeinertzhagen@burkelaw.com | LeAnn Pendersen Pope<br>lpope@burkelaw.com |

                                      /s/Sandy G. Robinson_____
                                      Of Counsel