IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY and TRISHA HOWARD, individually and on behalf of a class of similarly situated persons, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.: CASE:   1:09-cv-00820-WS-M |
| ) | |
| BAYROCK MORTGAGE CORPORATION, and BANK OF AMERICA, NATIONAL ASSOCIATION as Successor by Merger to LaSalle Bank National Association, as Trustee for the registered holders of Bears Stearns Asset Backed Securities I Trust 2007-HE4 Asset-Backed Certificates, Series 2007-HE4. ) ) ) ) ) ) ) ) ) ) | |
| ) | **CLASS ACTION** |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COME NOW the Plaintiffs pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure* and move this honorable court for leave to file the attached proposed Second Amended Complaint.  As grounds for this motion, Plaintiffs assert:

1. Rule 15 requires that leave to amend should be freely given when justice requires.

2. The provisions of the Rule are to be liberally construed.

3. The Defendants will not be prejudiced by allowing the amendment.

4. The amendment will not result in any undue delay in the litigation of this case because it merely deletes claims and parties that have been dismissed and clarifies the remaining claims.

5. Additionally, "First American," which was inadvertently included in the caption has been deleted.

6.     The corrected proposed amended complaint is filed herewith as exhibit õAö.

## CONCLUSION

For all the foregoing reasons the Plaintiffs moves the Court for leave to amend his complaint.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiffs
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
Telephone: (251) 990-5558

CERTIFICATE OF SERVICE

I hereby certify on June 17, 2010 that a true and correct copy of the above and foregoing was filed with the CM/ECF system which will cause a copy to be served on all counsel of record and by U.S. First Class mail to the following:

Bayrock Mortgage Corporation
c/o Mr. James Hayden Kepner, Jr.
Scroggins & Williamson
127 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30303

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.