IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY AND TRISHA HOWARD, individually and on behalf of a class of similarly situated persons, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAYROCK MORTGAGE CORPORATION, )<br>FIRST AMERICAN CORPORATION, )<br>UNITED GENERAL TITLE INSURANCE )<br>COMPANY and BANK OF AMERICA, )<br>NATIONAL ASSOCIATION AS )<br>SUCCESSOR BY MERGER TO LASALLE )<br>BANK NATIONAL ASSOCIATION, AS )<br>TRUSTEE FOR THE REGISTERED )<br>HOLDERS OF BEAR STEARNS ASSET )<br>BACK SECURITIES I TRUST 2007-HE4 )<br>ASSET-BACK CERTIFICATES, SERIES )<br>2007-HE4. )<br>)<br>)<br>Defendants. ) | Case No. 09-cv-00820<br><br>The Honorable William H. Steele |

### BANK OF AMERICA'S NOTICE OF PLAINTIFFS' FAILURE TO FILE AMENDED COMPLAINT

Defendant Bank of America, National Association, As Successor By Merger To LaSalle Bank National Association, As Trustee For The Registered Holders Of Bear Stearns Asset Back Securities I Trust 2007-HE4 Asset-Back Certificates, Series 2007-HE4 ("Bank of America"), hereby gives notice that Plaintiffs have failed to file an Amended Complaint and states as follows:

1. Plaintiffs filed their original complaint on December 18, 2009.

2. Bank of America was served with summons on or about March 11, 2010 and filed its Motion to Dismiss on April 15, 2010.

{M0045299.1}

3. Plaintiffs responded to Bank of America's Motion to Dismiss on May 21, 2010 and Bank of America filed its Reply on June 3, 2010.

4. Plaintiffs filed their Motion for Leave to Amend the Complaint on June 17, 2010.

5. The Court granted Plaintiff's Motion for Leave to Amend on July 8, 2010 and ordered Plaintiffs to file their amended complaint by July 15, 2010.

6. To date, Plaintiffs have not filed an amended complaint.

7. Given the fully briefed Motion to Dismiss the original complaint and Plaintiffs' failure to file an amended complaint by the deadline ordered by the Court, Bank of America respectfully requests the Court to rule on its Motion to Dismiss the original complaint.

Date: August 3, 2010

BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACK SECURITIES I TRUST 2007-HE4 ASSET-BACK CERTIFICATES, SERIES 2007-HE4.

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
Attorney for Defendant
Bank of America

**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
LeAnn Pedersen Pope, admitted *pro hac vice*
Stephen R. Meinertzhagen, admitted *pro hac vice*
Susan J. Miller Overbey, admitted *pro hac vice*
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
E-mail: lpope@burkelaw.com
smeinertzhagen@burkelaw.com
soverbey@burkelaw.com

**CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama 36652
Telephone: (251) 415-7308
Facsimile: (251) 415-7350
Email: sgr@cabaniss.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Earl P. Underwood, Esquire<br>epunderwood@gmail.com | Kenneth J. Riemer, Esquire<br>kjr@alaconsumerlaw.com |
| C. Lee Reeves, Esquire<br>lreeves@sirote.com | Charles Andrew Newman, Esquire<br>cnewman@sonnenschein.com |
| Elizabeth T. Ferrick, Esquire<br>eferrick@sonnenschein.com | T. Julian Motes, Esquire<br>Jmotes@sirote.com |

                                              /s/Sandy G. Robinson
                                                      Of Counsel

11912\00121\727391v1