IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANDY HOWARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 09-0820-WS-M |
| | ) |
| **BAYROCK MORTGAGE** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

On July 8, 2010, the Court granted the plaintiffs' motion for leave to amend the complaint and ordered the plaintiffs to file and serve the amended complaint on or before July 15, 2010. (Doc. 66). The plaintiffs failed to do so until, on August, 3, defendant Bank of America filed a notice of their failure. (Doc. 69). The plaintiffs have now filed a motion to deem their amended complaint timely filed. (Doc. 71). The motion is **granted**.

This is the third time in this litigation that the plaintiffs have failed to comply with a judicially imposed deadline and later filed either a post-deadline motion for additional time or a motion to deem their ultimate, tardy filing as being timely filed. (Docs. 46, 54).[1] Court orders are not suggestions, and the plaintiffs are advised to attend to them henceforth. When, as sometimes happens, a deadline cannot be met for legitimate reasons, the proper course is to seek an extension of the deadline before it lapses.

---

[1] The Court recognizes that the motion for additional time was based on counsel's inability to fly home from Ireland due to Icelandic volcanic activity. The Court also recognizes, however, that the motion for additional time did not indicate when counsel returned to the area, when he first returned to his office, or when he first became aware of the deadline. (Doc. 46). The Court further recognizes that only one of the plaintiffs' two attorneys of record was in Ireland, and no explanation has been provided why co-counsel could not respond to the Court's order.

Based on the plaintiffs' delay in filing the amended complaint, Bank of America "requests the Court to rule on its Motion to Dismiss the original complaint." (Doc. 69 at 2). To the extent the request can be construed as a motion, it is **denied**. Bank of America is **ordered** to file and serve any supplemental brief in support of its motion to dismiss on or before **August 10, 2010**. The plaintiffs are **ordered** to file and serve any supplemental response on or before **August 17, 2010**. Such briefing shall be limited to new or altered material in the first amended complaint and may not address matters that were or could have been addressed in the previous briefing on the motion. The Court will take the motion to dismiss under submission on August 17, 2010.

DONE and ORDERED this 4th day of August, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

[2]