```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| RANDY and TRISHA HOWARD,           *  <br>Individually and on behalf       *  <br>of a class similarly              *  <br>situated persons,                 *  <br>                                   *  <br>    Plaintiffs,                    *  <br>                                   *  <br>vs.                                *  <br>                                   *  <br>BAYROCK MORTGAGE CORPORATION,      *  <br>et al.,                            *  <br>                                   *  <br>    Defendants.                    * | CIVIL ACTION NUMBER:  <br><br>CV-09-00820-WS-M |

## THIRD JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME WITHIN WHICH TO FILE RULE 26 (f) PLANNING REPORT

    1.    Plaintiff and defendant Bank of America (B of A) have previously jointly moved the Court, on two separate occasions, for an enlargement of time within which to meet and file a report pursuant to Federal Rules of Civil Procedure 26 (f) (Docs. 35 and 64).  The basis of the prior motions was the Motion to Dismiss filed by B of A and briefed by the parties.  The Court granted both prior motions, and under the Court's order of July 1, 2010, the parties are to submit their joint planning report no later than August 10, 2010 (Doc. 65).

    2.    Since the Court's order of July 1, plaintiffs have obtained leave to file an amended complaint, and the Amended Complaint was filed on August 3, 2010 (Doc. 70).  The Court has ordered B of A to supplement its brief previously filed in

{M0045639.1}

support of its Motion to Dismiss to address the Amended Complaint no later than August 10, 2010 (Doc. 72).

3. Given the current status of the pleadings and in the interest of judicial economy, the parties respectfully jointly request that they be given another extension to meet and file their joint planning report. This extension will permit the Court to consider the Motion to Dismiss that has been filed, and supplemental briefs on same, and will possibly eliminate the need to address certain topics depending on the Court's rulings on the pending motion.

4. In order to eliminate the need for future *seriatim* motions for extension of time, the parties respectfully request that the deadline for filing the Rule 26 (f) report be extended until 10 days after the Court's ruling on the pending Motion to Dismiss.

Wherefore, based on the foregoing, the parties respectfully move the Court for an enlargement of time to file their Rule 26 (f) planning report until 10 days following the Court's ruling on Defendant's Motion to Dismiss.

| | |
|---|---|
| */s/Kenneth J. Riemer* | */s/Sandy G. Robinson* |
| **KENNETH J. RIEMER** - | **SANDY G. ROBINSON – ROBIS5756** |
| Attorney for Plaintiffs | Attorney for Defendant |
| Randy and Trisha Howard | Bank of America |
| 166 Government Street | **CABANISS, JOHNSTON, GARDNER,** |
| Suite 100 | **DUMAS & O'NEAL LLP** |
| Mobile, Alabama  36602 | Post Office Box 2906 |

{M0045639.1}

| | |
|---|---|
| 251/432-9212 Telephone | Mobile, Alabama  36652 |
| 251/433-7172 Facsimile | 251/415-7308 Telephone |
| kjr@alaconsumerlaw.com | 251/415-7350 Facsimile |
| | sgr@cabaniss.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this **9th** day of**, August, 2010**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Earl P. Underwood, Esquire | Susan Miller Overbey |
| epunderwood@gmail.com | soverbey@burkelaw.com |
| | |
| C. Lee Reeves, Esquire | T. Julian Motes, Esquire |
| lreeves@sirote.com | jmotes@sirote.com |
| | |
| Stephen R. Meintertzhagen | LeAnn Pendersen Pope |
| smeinertzhagen@burkelaw.com | lpope@burkelaw.com |

            /s/*Sandy G. Robinson*_____
            Of Counsel