```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

RANDY HOWARD, et al.,             :
                                  :
    Plaintiffs,                  :
                                  :
vs.                               :     CIVIL ACTION 09-0820-WS-M
                                  :
BAYROCK MORTGAGE CORPORATION,     :
et al.,                           :
                                  :
    Defendants.                  :

<u>ORDER</u>

A telephone conference was held on this date, at the conclusion of which the parties notified the Court that this action has been settled. The parties have no objection to this action being dismissed with prejudice, each party to bear his, her or its own costs, provided that either party may reinstate the action within thirty (30) days if the settlement agreement is not consummated.

DONE this 9th day of December, 2011.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE